UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY GRIFFIN,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

Civil Action No.
07-CV-15003

HON. BERNARD A. FRIEDMAN

# ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 23, 2008, Magistrate Judge Charles E. Binder submitted a Report and Recommendation ("R&R") in which he recommends that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be denied. No objections have been filed, and the time to do so has expired. This Court has had an opportunity to fully review this matter and believes that Magistrate Judge Binder has reached the proper conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Binder's R&R dated June 23, 2008, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [docket entry 8] is denied.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [docket entry 9] is granted.

s/Bernard A. Friedman<br>
Bernard A. Friedman<br>
United States District Judge

Dated: July 11, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 11, 2008, by electronic and/or ordinary mail.

s/Carol Mullins<br>
Case Manager